# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | CASE NUMBER: 05-mj-07151-DBS |
| ASHLEY N. LEARY | Martha Eskesan |

**THE DEFENDANT:**
Pleaded guilty to the Amended Count of Driving While Ability Impaired in violation of C.R.S. 42-4-1301(1)(b).

The Government will dismiss the charges of: Driving Under the Influence C.R.S. 42-4-1301(2)(a); Possession of Drug Paraphernalia C.R.S. 18-18-428; and Possession of less than one oz. Marijuana C.R.S. 18-18-406(1).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:
offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| C.R.S. 42-4-1301(1)(b) | Driving While Ability Impaired | 08-21-05 | 1 |

and the remaining counts are dismissed on the motion of the United States.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | |

IT IS FURTHER ORDERED that defendant is to serve forty (40) hours of community service, inclusive of **8 hours** to the MADD organization; defendant is sentenced to two (2) days jail suspended on condition of her completion of the community service; 8 points shall be assessed against defendant's driver's license.

January 17, 2006
---
Date of Imposition of Judgment

s/ O. Edward Schlatter
---
Signature of Judicial Officer

O. Edward Schlatter
---
Name & Title of Judicial Officer

U.S. Magistrate Judge          January 17, 2006